IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RONALD F. SARGENT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | NO. 4:02-CV-18-A |
| | § | |
| VITALITY FOOD SERVICE, INC., | § | |
| VITALITY BEVERAGES, INC. f/k/a | § | |
| PASCO ACQUISITIONS I and | § | |
| PASCO BEVERAGE COMPANY f/k/a | § | |
| LYKES PASCO, INC., CAXTON- | § | |
| ISEMAN CAPITAL, INC. and | § | |
| ENGLES, URSO & FOLMER, | § | |
| | § | |
| Defendants. | § | |

### FINAL JUDGMENT AS TO CERTAIN DEFENDANT

In accordance with the order of dismissal signed by the court this same day,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted by plaintiff, Ronald F. Sargent, against defendant Engles, Urso & Follmer in the above-styled and numbered action be, and are hereby, dismissed with prejudice.

SIGNED June 5, 2002.

_____
JOHN McBRYDE
United States District Judge