U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 11 2002
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RONALD F. SARGENT, | § | |
| Plaintiff, | § | |
| vs. | § | NO. 4:02-CV-18-A |
| VITALITY FOOD SERVICE, INC., ET AL. | § | |
| Defendants. | § | |

### FINAL JUDGMENT AS TO CERTAIN DEFENDANTS

In accordance with the order of dismissal signed by the court this same day,

The court ORDERS, ADJUDGES and DECREES that all claims and causes of action asserted by plaintiff, Ronald F. Sargent, against defendants Caxton-Iseman Capital, Inc., and Vitality Beverages, Inc., in the above-styled and numbered action be, and are hereby, dismissed without prejudice.

SIGNED June 11, 2002.

_____
JOHN McBRYDE
United States District Judge

