

# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

---

No. 02-10799
Summary Calendar

---

D.C. Docket No. 4:02-CV-18 A

**U.S. COURT OF APPEALS**
**FILED**
MAR 0 7 2003

CHARLES R. FULBRUGE III
CLERK

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**
APR - 2 2003
CLERK, U.S. DISTRICT COURT
By _formerly_  Deputy

RONALD F SARGENT

      Plaintiff - Appellant

v.

VITALITY FOOD SERVICE INC; VITALITY BEVERAGES INC formerly known as Pasco Acquisition I; PASCO BEVERAGE COMPANY, formerly known as Lykes Pasco Inc; CAXTON-ISEMAN CAPITAL INC; ENGLES URSO & FOLLMER

      Defendants - Appellees

Appeal from the United States District Court for the
    Northern District of Texas, Fort Worth.

Before JONES, STEWART, and DENNIS, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: MAR 3 1 2003

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____ Deputy

New Orleans, Louisiana     MAR 3 1 2003