U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 13 2003
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| RONALD F. SARGENT, | § |
| Plaintiff, | § |
| vs. | § NO. 4:02-CV-018-A |
| VITALITY FOOD SERVICE, INC., ET AL. | § |
| Defendants. | § |

## FINAL JUDGMENT

In accordance with the order of dismissal signed by the court this same day,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted by plaintiff, Ronald F. Sargent ("Sargent"), against defendants Vitality Food Service, Inc. ("VFS"), and Pasco Beverage Company ("PBC") in the above-captioned action be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that VFS and PBC shall have and recover from Sargent costs of court incurred by them.

SIGNED May 13, 2003.

_____
JOHN McBRYDE
United States District Judge